UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADISON LAIRD,<br><br>    Plaintiff,<br><br>v.<br><br>AVANADE INC.,<br><br>    Defendant. | Case No.  5:24-cv-00112-EJD<br><br>**ORDER OF DISMISSAL AND CONTINUED JURISDICTION OVER SETTLEMENT** |

The Court is in receipt of the parties' most recent Joint Status Report. ECF No. 38. The parties reached settlement on March 13, 2025, and have since signed the final agreement. *Id.* The parties request the Court continue the upcoming status conference for a minimum of four months to allow time for the parties to complete terms and conditions of the agreement. *Id.*

Given the parties' representation that this matter has been settled, the Court orders this case **DISMISSED**. The Court interprets the parties' request for a continuance as a request for the Court to retain jurisdiction over the settlement. The Court therefore retains jurisdiction to oversee any disputes regarding the enforcement of the settlement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 375 (1994) ("In the event of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), the court may, in its discretion, make . . . retention of jurisdiction over the agreement[] part of its order. When dismissal occurs pursuant to Rule 41(a)(1)(ii), the district court is empowered (with the consent of the parties) to . . . retain jurisdiction over the settlement contract itself."). The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: December 11, 2025

                                                  EDWARD J. DAVILA
                                                United States District Judge